**Order entered October 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00839-CV

**LARRY EDDINGTON, VINCENT J. AURENTZ, ROMAN KILGORE, AND WILLIAM J. BUTLER, Appellants**

**V.**

**DALLAS POLICE AND FIRE PENSION SYSTEM AND GEORGE TOMASOVIC, IN HIS OFFICIAL CAPACITY AS BOARD CHAIR, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12001**

## ORDER

We **GRANT** appellants Larry Eddington, Vincent J. Aurentz, and William J. Butler's October 14, 2015 unopposed second motion for extension of time to file brief and **ORDER** their brief be filed no later than November 13, 2015.  No further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
JUSTICE